

RECEIVED

DEC 21 2023

PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAKiEA Robinson
_____

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

AetNA
_____

_____

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

Do you want a jury trial?

☐ Yes    ☐ No

# EMPLOYMENT DISCRIMINATION COMPLAINT

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 3/24/17

## I.    PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

LaKiEa
First Name

Middle Initial

Rohinson
Last Name

230 Bear Paw Road
Street Address

BriDGEpoRt
County, City

CT
State

06606
Zip Code

203-648-5026
Telephone Number

RaYZEEM @icloud. CoM
Email Address (if available)

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:    AEtNA
Name

P.O. Box 14560
Address where defendant may be served

LEXiNGtoN
County, City

KY
State

40512-4560
Zip Code

Defendant 2:    _____
Name

_____
Address where defendant may be served

_____
County, City

_____
State

_____
Zip Code

Defendant 3:

_____
Name

_____
Address where defendant may be served

_____
County, City          State          Zip Code

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

Coca - Cola
Name

111 Fairview Park Drive
Address

Elmsford                    N.Y.          10523
County, City          State          Zip Code

## III.    CAUSE OF ACTION

## A. Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☒ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☒ race:        African American
☒ color:        Black
☐ religion:      _____
☒ sex:          Female
☐ national origin: _____

☒ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _____Black_____

☒ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: _____1972_____

☒ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _Work Related Stress Workplace Anxiety Disorder_

☒ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: _Work Related Stress Workplace Anxiety Disorder_

☒ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B. Other Claims

In addition to my federal claims listed above, I assert claims under:

☒ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☒ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☒ Other (may include other relevant federal, state, city, or county law):

_____Denied My FMLA_____

## IV.    STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

☐  did not hire me

☐  terminated my employment

☐  did not promote me

☒  did not accommodate my disability

☒  provided me with terms and conditions of employment different from those of similar employees

☒  retaliated against me

☒  harassed me or created a hostile work environment

☒  other (specify): _DiD NOT ACCEPt My REQuEST AND_
_tREAt ME FAiRly this WAS A toxic MentAlly & pHysicAlly_
_WORK ENViRONMENT._

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

I AppliEd foR FMLA iN MaRcH/FEbRaRy iN 2017 to HAVE CoNSENt to SEEK AppROVEd LEAVE to Go to CAtHolic CHARitiEs 120 EAst AVE NoRWAlK CT 06851 AND ME REQuESt WAS dENiEd bECAusE MANAGEMENt toLd tHEM to DENy ME. My AppLicAtioN WAS fillEd out ANd SubMittEd iN A tiMEly REspoNSE but still dENiEd. At tHAt tiME I HAd Appx. 5 WEEKS VAcAtioN, 2 Sick dAys, 5 CONSEcutivE dAy, 3 FloAtiNG HoLidAys So I HAd SoME AVAilible tiME to tAKE off. tHEy WAS SuppoSd to

As additional support for your claim, you may attach any charge of discrimination that you filed ONLy ListEN to with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

My MEdicAl pRoVidER REQuESt + Not wHAt tHE MANAGERS toLd tHEM to do to ME, AEtNA HAs tHE coMpled sigNEd REtuRNEd Copy + CopA ColA sHould Also HAVE Copy of coMpleted AppLicAtioN. PlEASE SEE AttAcHEd 9 pAGES. tHE Copy HAs tHE filld out Copy.

## V.    ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☒  Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge?  _____

☐  No

Have you received a Notice of Right to Sue from the EEOC?    *AttAchEd to CASE*
                                                              *23CV10552*

☒  Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice?    11-17-2023

When did you receive the Notice?    11-22-2023

☐  No

## VI.    RELIEF

The relief I want the court to order is (check only those that apply):

☐  direct the defendant to hire me

☐  direct the defendant to re-employ me

☐  direct the defendant to promote me

☐  direct the defendant to reasonably accommodate my religion

☒  direct the defendant to reasonably accommodate my disability

☒  direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

I would Like to be Fully compensated for Breach of fiduciary duty, Not Acting in Good Faith Efforts, voilating my ERISA Rights, ADA, GINA

Page 6

## VII.    PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that:
(1) the complaint is not being presented for an improper purpose (such as to harass,
cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are
supported by existing law or by a nonfrivolous argument to change existing law; (3) the
factual contentions have evidentiary support or, if specifically so identified, will likely
have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Federal
Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I
understand that my failure to keep a current address on file with the Clerk's Office may
result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to
proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 12-21-2023 | _Lakiea Robinson_ |
| Dated | Plaintiff's Signature |
| LaKiEA | Robinson |
| First Name          Middle Initial | Last Name |
| 230 Bear Paw Road | |
| Street Address | |
| Bridgeport | CT          06606 |
| County, City | State          Zip Code |
| 203-648-5026 | RAyZEEM@icloud.com |
| Telephone Number | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your
complaint. If you do not consent, please do not attach the form.

PAGE 1 of 9



**Mail body: Fwd: Notification from Aetna - Leave Claim #: 15296308**

---

Sent from my iPhone

Begin forwarded message:

> **From:** TCCC_INQ@aetna.com
> **Date:** March 13, 2017 at 6:23:01 PM EDT
> **To:** rayzeem@icloud.com
> **Subject: Notification from Aetna - Leave Claim #: 15296308**

**\*\*\*\*\* PLEASE DO NOT SELECT "REPLY" TO RESPOND TO THIS EMAIL. SEE HOW TO CONTACT US BELOW \*\*\*\*\***

RE: MS. LAKIEA HILLS
Your claim has been set up! Let's work together to get it processed quickly.

We're sending you a letter right away. It will tell you if we need more information to review your claim. If you registered for our website, you can read it on our online portal. It'll be available there within 48 hours.

- Go to https://www.aetnadisability.com and log in
- Scroll down to the bottom and click "Letters"

If you have trouble, you may need to adjust some of the settings on your computer. There's information about how to do that **here.**

Aetna administers FMLA, state leaves, and in some cases, company leaves for your employer. These are usually unpaid leaves of absence to protect your job.

**Federal Family and Medical Leave Act (FMLA)**
Under FMLA, eligible employees can take up to 12 weeks of unpaid leave in a 12-month period for the following reasons:

- Because you have a serious health condition that keeps you from doing your job
- Caring for a child, spouse, or parent with a serious health condition
- Birth of a child
- Placement of a child for adoption or foster care
- To deal with certain arrangements when your spouse, son, daughter, or parent is serving in the military and deployed to a foreign country

A "child" includes a biological child, adopted child, or foster child, as well as a child you're acting in a parent-like role for. You can take FMLA to care for a child with a serious health condition as long as they're younger than 18 years old. You may be able to take FMLA to care for a child 18 or older, if they have a disability that makes them unable to care for themselves.

If you're caring for a covered service member with a serious injury or illness and you're that person's spouse, son, daughter, parent or next of kin, you can take up to 26 weeks of unpaid leave in a 12-month period.

You should tell us and your employer that you'll be out of work 30 days in advance. If you don't know that far in advance, let both of us know as soon as possible.

Don't forget, your claim will be processed more quickly if we work together! If you have questions, we're here to help:

- You can call us at **1-888-437-8662** and our Customer Service Representatives can help you from 8 AM to 8 PM EST.
- You can contact us through https://www.aetnadisability.com

We look forward to working with you!

PAGE 2 of 9

Aetna Disability and Leave Management Team

This e-mail may contain confidential or privileged information. If you think you have received this e-mail in error, please advise the sender by reply e-mail and then delete this e-mail immediately. Thank you. Aetna

PAGE 3 of 9

**Mail body: Fwd: Requested Forms attached**

Sent from my iPhone

Begin forwarded message:

**From:** Lakiea Robinson <rayzeem@icloud.com>
**Date:** December 21, 2023 at 11:06:49 AM EST
**To:** staples@printme.com
**Subject: Fwd: Requested Forms attached**

Sent from my iPhone

Begin forwarded message:

**From:** TCCC_INQ@aetna.com
**Date:** February 22, 2017 at 4:43:16 PM EST
**To:** rayzeem@icloud.com
**Subject: Requested Forms attached**

*PLEASE DO NOT REPLY*
*This mailbox is not monitored on a daily basis.*
If you have any questions regarding this communication, please contact Aetna at 1-888-437-8662.

The Coca-Cola Company
02/22/2017

Dear MS. LAKIEA HILLS,

Attached you will find the form(s) you have requested. In the event that you are experiencing difficulties opening or printing a legible copy, please contact us at 1-888-437-8662.

Thank you,
Aetna Disability and Absence Management Services
Aetna Fax #: 1-866-667-1987
Visit us on the Web: https://www.aetnadisability.com

This e-mail may contain confidential or privileged information. If you think you have received this e-mail in error, please advise the sender by reply e-mail and then delete this e-mail immediately. Thank you. Aetna

PAGE 4 of 9

Leave Claim # 13645842

# aetna®

## Family Medical Leave Act (FMLA) Certification for
## Employee's Serious Health Condition[1]

**Return completed form to:** Aetna Life Insurance Company
**PO Box 14560**
**Lexington, KY  40512-4560**
**Fax: 1-866-667-1987**

---

### SECTION I:  For Completion by the EMPLOYEE:

**INSTRUCTIONS to the EMPLOYEE:**
Please complete Section I before giving this form to your medical provider. The FMLA permits an employer[2] to require that you submit a timely, complete, and sufficient medical certification to support your request for FMLA leave due to your own serious health condition. If requested by your employer, completion of this certification is needed for you to get or keep the benefit of FMLA protections.  29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a delay or denial of your FMLA request. 20 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form. 29 C.F.R. § 825.305(b).

| Last Name | First Name | Middle Initial |
|---|---|---|
| HILLS | LAKIEA | |
| Employer Name | Job Title | |
| The Coca-Cola Company | | |

Job Description & Essential Job Functions (Please describe with details):

_____

_____

How many hours are you scheduled to work each week?  _____

Please circle your scheduled work days:    SAT   SUN   MON   TUE   WED   THUR   FRI

      If your schedule varies each week, please check here: ☐

On the days that you work, are you scheduled to work the same number of hours each day? ☐ No   ☐ Yes

What time are you scheduled to begin and end your work day?  _____

Are you paid overtime if you work more than 40 hours in a week? ☐ No   ☐ Yes

**What is the reason for your FMLA request?**

    ☐ Employee's serious health condition (other than pregnancy):

    ☐ Pregnancy/Childbirth - Estimated Date of Delivery:  _____

---

**Employee's Signature:** _____  **Date:** _____

---

[1] This Certification may also be used for certification of state leaves and employer's company leaves.
[2] Reference to your employer extends to Aetna in its capacity as your employer's third party administrator.





PAGE 5 of 9

Leave Claim # 13645842

[2] Reference to your employer extends to Aetna in its capacity as your employer's third party administrator.

## SECTION II: For Completion by the HEALTH CARE PROVIDER:

**INSTRUCTIONS to the HEALTH CARE PROVIDER:** Your patient, referred to here as "the employee," has requested leave under the FMLA. Please answer all applicable sections fully and completely. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the employee. Be as specific as you can; terms such as "as medically necessary," "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. *Please limit your responses to the condition for which the employee is seeking leave*, and be sure to sign the form on the last page.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Employee's Name: _____

Provider's name and business address: _____

Type of practice / Medical specialty: _____

Telephone: (_____)_____  Fax: (_____)_____

## PART A: MEDICAL FACTS

1.  Please provide the following information regarding the employee's medical condition.

    Approximate date condition commenced: _____

    Probable duration of condition: _____

    **Mark below as applicable:**
    Was the employee admitted for an overnight stay in a hospital, hospice, or residential medical care facility?

    ☐ No  ☐ Yes      If yes, dates of admission and duration of stay:

    _____

    Date(s) you treated the employee for the condition requiring leave: _____

    Most recent date of treatment by you or another provider: _____

    Will the employee need to have treatment visits at least twice per year due to the condition? ☐ No  ☐ Yes

    Will the employee need to be treated again in the future for this condition? Please provide dates of any such treatments that have been scheduled, or, if no future treatments have been scheduled, please indicate when and how often they will be needed.

    _____

    Has medication, other than over-the-counter medication, been prescribed? ☐ No  ☐ Yes

    Has the employee been referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)? ☐ No  ☐ Yes



PAGE 6 of 9

Leave Claim # 13645842

2.  Is the medical condition pregnancy?  ☐ No  ☐ Yes

    If so, expected delivery date: _____

3.  Use the information provided by the employer, if available, to answer these questions. If the employer has not provided a list of the employee's essential functions or a job description, please answer these questions based upon the employee's own description of his or her job functions.

    Is the employee unable to perform any of his or her job functions due to the condition?  ☐ No  ☐ Yes

    If so, identify the job functions the employee is unable to perform:

    _____

    _____

4.  If the treating provider is a chiropractor, does the treatment being provided to the employee consist of manual manipulation of the spine to correct a subluxation as demonstrated by an X-ray?  ☐ No  ☐ Yes

5.  Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

## PART B: AMOUNT AND NATURE OF LEAVE NEEDED

6.  When will the employee be incapacitated from work?  (Please select and complete one of the options below.)

    ☐ From _____ through _____, with an expected return to work on

    _____.

    (If the employee will also need to be absent from work intermittently due to his or her condition before or after this time period, please complete question 7. If the employee will need to work a consistently reduced number of hours due to his or her condition before or after this time period, please complete question 8.)

    ☐ Beginning on _____ and lasting for the following amount of time: _____.

    (If the employee will also need to be absent from work intermittently due to his or her condition before or after this time period, please complete question 7. If the employee will need to work a consistently reduced number of hours due to his or her condition before or after this time period, please complete question 8.)

    ☐ The employee is or will be incapacitated intermittently, not for a specific timeframe. (Please complete question 7.)

    ☐ The employee can continue working, but will need to work a consistently reduced number of hours per day or per week. (Please complete question 8.)

FML Cert-EOI (01-12)
Page 3 of 5

Page 7 of 9

Leave Claim # 13645842

7. If the employee will need to be absent intermittently, please provide the following information. The employee's work schedule may be available on page 1 for reference.

- How long will the employee be affected by this condition? _____

- Will the condition cause episodic or unpredictable flare-ups periodically preventing the employee from performing his or her job functions?  ☐ No  ☐ Yes

   Is it medically necessary for the employee to be absent from work during these flare-ups?
   ☐ No  ☐ Yes   If yes, please explain:

   _____

   _____

   If you answered yes to both prior questions, please estimate the frequency of flare-ups and the duration of related incapacity that the employee may experience over the next 6 months, based on the employee's medical history and your knowledge of the medical condition (e.g., 1 episode every 3 months lasting 2 days):

   FREQUENCY: _____ time(s) every: _____ ☐ week(s) _____ ☐ month(s)

   (Example: __1__ time(s) every: _____ ☐ week(s) __3__ ☒ month(s) to indicate "once every 3 months")

   DURATION: _____ ☐ hour(s) _____ ☐ day(s) per episode

   (Example: _____ ☐ hour(s) __2__ ☒ day(s) per episode to indicate "2 days per episode")

- Will intermittent absences be required due to follow-up or other medical appointments? ☐ No ☐ Yes

   If yes, please estimate the frequency of these appointments and the duration of absence required for these appointments, including the time it may take for the employee to travel to the appointments (e.g., 1 time every 3 months lasting 2 hours):

   FREQUENCY: _____ time(s) every: _____ ☐ week(s) _____ ☐ month(s)

   (Example: __1__ time(s) every: _____ ☐ week(s) __3__ ☒ month(s) to indicate "once every 3 months")

   DURATION: _____ ☐ hour(s) _____ ☐ day(s) per appointment

   (Example: __2__ ☒ hour(s) _____ ☐ day(s) per appointment to indicate "2 hours per appointment")

8. If the employee's condition will require him or her to work a reduced work schedule, please provide the following information. The employee's regular work schedule may be available on page 1 for reference.

   Is it medically necessary for the employee to work a reduced number of hours? ☐ No ☐ Yes

   If yes, please explain: _____

   _____

- How long will the employee be affected by this condition? _____

- How many hours will the employee be able to work per day?

   Mon _____ Tue _____ Wed _____ Thurs _____ Fri _____ Sat _____ Sun _____

   Or: how many hours will the employee be able to work per week? _____

FML Cert-EOI (01-12)
Page 4 of 5



PAGE 8 of 9

Leave Claim # 13645842

- What medical restrictions will the employee have, if any, while working these reduced hours?

  _____

- When will the employee be able to resume his or her regular work schedule? _____

**ADDITIONAL INFORMATION:**
**IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER.**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Signature of Health Care Provider**                    **Date**



PAGE 9 of 9